**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**TROY THORNTON,**
*Petitioner,*

**v.**

**BERNADETTE MASON, et al.,**
*Respondents.*

**Civil No. 24-5097**

# ORDER

**AND NOW,** on this 6th day of November, 2026, upon consideration of Troy Thornton's Petition for Writ of Habeas Corpus (ECF No. 1), the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF No. 14), and Petitioner's Objections thereto (ECF No. 15), it is hereby **ORDERED** as follows for the reasons stated in the accompanying memorandum:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED** in part and **DISMISSED** in part. There is no basis for the issuance of a certificate of appealability.

It is further **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

Mary Kay Costello

MARY KAY COSTELLO
United States District Judge